# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5413

_____

HORACE YOUNG,

Petitioner,

v.

THE FLORIDA DEPARTMENT OF
CORRECTIONS; JULIE L. JONES,
Secretary,

Respondents.

_____

Petition for Writ of Mandamus – Original Jurisdiction.

February 5, 2018

PER CURIAM.

The petition for writ of mandamus is denied as premature.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Horace Young, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondents.